July 8, 2015
Mr. Abel Acosta
Clerk of the Court of Criminal Appeals of Texas
P.O. Box 12308
Austin, TX. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 2015

Abel Acosta, Clerk

RE: Benjamin Elias v. The State of Texas; Appellate No. 04-14-00498-CR; Trial Cause No. 427052; Bexar County.

DEAR CLERK:

Please find enclosed Appellant's Notice to the Court of Change of Address. Please file the original with the appropriate court and the carbon copy with your files.

Should you have any questions or need additional information, please do not hesitate to contact me at the address below. Thank you in advance for your time and consideration of this matter.

Respectfully,
Benjamin Elias,
Benjamin Elias, pro se
SO #9071757
El Paso County Detention Facility (Tank 510)
601 E. Overland
El Paso, TX. 79901.

cc: file.

[1 of 1]

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

Benjamin Elias

v.

The State of Texas

From Appeal No. 04-14-00498-CR

Trial Cause No. 427052

Bexar County

NOTICE TO THE COURT OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Benjamin Elias, Petitioner, pro se, and hereby files this Notice to the Court of Change of Address. IN SUPPORT THEREOF, Petitioner will show the Court the following:

I.

Petitioner's previous address was as follows:

Benjamin Elias
TDCJ-ID No. 819778
Willacy Unit
1695 S. Buffalo Dr.
Raymondville, TX. 78580,

[1 of 3]

Petitioner no longer resides at said address.

## II.

Petitioner's current address is as follows:

> Benjamin Elias
> SO # 9071757
> El Paso County Detention Facility, Tank 510
> 601 E. Overland
> El Paso, TX. 79901.

The current address is effective immediately.

## Prayer

Wherefore, PREMISES CONSIDERED, Petitioner humbly prays that this honorable Court acknowledge this change of address and forward any notifications or the like to him at his current address.

> Respectfully,
> Benjamin Elias
> Benjamin Elias, pro se
> SO # 9071757
> El Paso County Detention Facility (Tank 510).
> 601 E. Overland
> El Paso, TX. 79901.

[2 of 3]

## Certificate of Service

I, Benjamin Elias, Petitioner, pro se, hereby certify that a true and correct copy of the above and foregoing <u>Notice to the Court of Change of Address</u> has been forwarded by U.S. Mail, postage paid, first class, to the Attorney for the State, Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205; and the State Prosecuting Attorney, Lisa C. McMinn, P.O. Box 13046, Austin, Texas 78711 on this the 8th day of July 2015.

Benjamin Elias
Benjamin Elias, pro se

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

Benjamin Elias

v.

The State of Texas

From Appeal No. 04-14-00498-CR

Trial Cause No. 427052

Bexar County


NOTICE TO THE COURT OF CHANGE OF ADDRESS


TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Benjamin Elias, Petitioner, pro se, and hereby files this Notice to the Court of Change of Address. IN SUPPORT THEREOF, Petitioner will show the Court the following:

## I.

Petitioner's previous address was as follows:

Benjamin Elias

TDCJ ID No. 819778

Willacy Unit

1695 S. Buffalo Dr.

Raymondville, TX. 78580.

[1 of 3]

Petitioner no longer resides at said address.

## II.

Petitioner's current address is as follows:

Benjamin Elias
SO # 9071757
El Paso County Detention Facility, Tank 510
601 E. Overland
El Paso, TX. 79901.

The current address is effective immediately.

## Prayer

Wherefore, PREMISES CONSIDERED, Petitioner humbly prays that this honorable Court acknowledge this change of address and forward any notifications or the like to him at his current address.

Respectfully,
Benjamin Elias
Benjamin Elias, pro se
SO # 9071757
El Paso County Detention Facility (Tank 510)
601 E. Overland
El Paso, TX. 79901.

[2 of 3]

<u>Certificate of Service</u>

I, Benjamin Elias, Petitioner, pro se, hereby certify that a true and correct copy of the above and foregoing <u>Notice to the Court of Change of Address</u> has been forwarded by U.S. Mail, postage paid, first class, to the Attorney for the State, Bexar County District Attorney's Office, Appellate Division, Paul Elizondo Tower, 101 W. Nueva St., Suite 710, San Antonio, Texas 78205; and the State Prosecuting Attorney, Lisa C. McMinn, P.O. Box 13046, Austin, Texas 78711 on this the 8th day of July 2015.

<u>Benjamin Elias</u>
Benjamin Elias, pro se